AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

Teresa K. Cox,

        Plaintiff,                 **JUDGMENT IN A CIVIL CASE**

vs.

                                          Case Number: 0:07-377-GRA

Commissioner of Social Security,
        Defendant.

**[X] Decision on the Record.**  This action came to hearing before the Court, the Honorable G. Ross Anderson, Jr., United States District Judge, presiding.  The issues having been duly heard and the Court having adopted the Report and Recommendation of Magistrate Judge Bristow Marchant,

      **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is affirmed.


                                                  LARRY W.  PROPES, Clerk

                                                 By: s/Angie Snipes
                                                      Deputy Clerk

March 27, 2008